```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HUNTER DOUGLAS WINDOW DESIGNS LLC,

                Plaintiff,

      - against -

AL SILVERBERG,

                Defendant,

-----------------------------------------------------------------X

**ORDER**

22 Civ. 8044 (NSR)

Román, D.J.:

      The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

      The Court also denies without prejudice the parties' request for a thirty-day extension on their motion to dismiss briefing schedule (ECF No. 19.) In the event the parties are unable to memorialize and execute a written settlement, they reserve the right to renew their request for an extension on the briefing schedule. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 19.

SO ORDERED.

Dated:     White Plains, New York
             December 13, 2022

                                                  Nelson S. Román, U.S.D.J.